IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>vs.<br><br>ROBERTO CERVANTES-ZAVALA and CARLOS RAMOS,<br><br>                   Defendant. | **8:17CR127**<br><br><br>**ORDER** |

      This matter is before the court on the Defendant Ramos' Motion to Continue Trial [36]. Counsel is in on-going plea negotiations with the government and seeks additional time to resolve this matter. Defendant has complied with NECrimR 12.1(a). For good cause shown,

      **IT IS ORDERED** that the defendant's Motion to Continue Trial [36] is granted as follows:

      1. The jury trial, **as to both defendants,** now set for October 31, 2017 is continued to **December 5, 2017**.

      2. The defendant has filed an affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

      3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and December 5, 2017** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

      Dated this 26th day of October, 2017.

                                                            BY THE COURT:

                                                            s/ Michael D. Nelson
                                                            United States Magistrate Judge