# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:17CR127 |
| vs. | ) | |
| ROBERTO CERVANTES-ZAVALA, CARLOS RAMOS, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on the defendant Carlos Ramos' Unopposed Motion to Continue Trial [39]. Counsel needs additional time to conduct plea negotiations. The defendant has complied with NECrimR 12.1(a) at filing [37]. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [39] is granted, as follows:

1. The jury trial, **for both defendants**, now set for December 5, 2017, is continued to **January 9, 2018.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and January 9, 2018**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

**DATED: November 20, 2017.**

        **BY THE COURT:**

        s/ Michael D. Nelson
        **United States Magistrate Judge**